Kelly Finestone v. Menu Foods Inc et al                                                                      Doc.

FILED
CLERK, U.S. DISTRICT COURT
APR 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

SEND

1

2

3

4

5

6

7

8            UNITED STATES DISTRICT COURT

9            CENTRAL DISTRICT OF CALIFORNIA

10                  WESTERN DIVISION

11

12   KELLY FINESTONE, etc., et al.,        ] Case No.   CV 07-2338 CAS (CWx)

13                 Plaintiffs,

14                                          NOTICE TO COUNSEL
     vs.
15
     MENU FOODS, INC., et al.,
16
17                 Defendants.

18

19

DOCKETED ON CM
APR 18 2007
BY                    004

20          This case has been assigned to the calendar of Judge Christina A. Snyder.

21   This Notice to Counsel shall be to all parties appearing in propria persona, and for

22   purposes of this notice, the term "counsel" shall include any person appearing in

23   pro per.

24          Counsel are advised that the Court expects strict compliance with the

25   provisions of the Local Rules and the Federal Rules of Civil Procedure.  Copies of

26   the Local Rules may be purchased from one of the following:

27   Los Angeles Daily Journal   Metropolitan News        West Group
     915 East 1st Street         210 South Spring Street  610 Opperman Drive
28   Los Angeles, CA  9001       Los Angeles, CA  90012    Egan, Minnesota  55123

Dockets.Justia.co

1    The Local Rules may also be found on the United States District Court's
2    website at the following address: HTTP://WWW.CACD.USCOURTS.GOV.
3    Please note that certain of the Local Rules have recently been amended or are now
4    in the process of being amended.
5    The attention of counsel is particularly directed to Local Rules 16 and 26 for
6    the conduct of mandatory pretrial and settlement proceedings.
7    Counsel are reminded of their obligations to disclose information and confer
8    on a discovery plan not later than 21 days prior to the date of the Fed. R. Civ. P.
9    16(b) scheduling conference and to report to the Court not later than 14 days after
10   they confer on a discovery plan and the other matters required by Fed. R. Civ. P.
11   26(f) and the Local Rules of this Court.  The following issues will be considered at
12   the scheduling conference:  the last date by which parties may be added, the
13   discovery cutoff, as well as any issues relating to the discovery plan, the last date
14   for filing motions, the time for the pretrial conference and the trial date.
15   Scheduling conferences are generally held on Monday at 11:00 a.m.
16   Counsel should also be guided by the following requirements when
17   litigating cases assigned to Judge Snyder:
18       1.    INTERROGATORIES: Refer to the Local Rules.
19       2.    MOTIONS: Motions shall be heard on each Monday of the month at
20   10:00 a.m., unless otherwise ordered by the Court.  If Monday is a national
21   holiday, the succeeding Monday shall be the motion day and all matters noticed
22   for such Monday stand for hearing on the following Monday without special order
23   or notice.  The Court provides oral or written tentative rulings on most motions.
24   Counsel are encouraged to direct oral argument to the matters raised in the
25   tentative ruling and to submit to any part of the ruling that is not in genuine
26   dispute, where appropriate.  The Court will notify counsel if it does not require
27   oral argument on any specific motion.
28

1    Motion papers should comply with the Local Rules.  Briefs should not
2    exceed the page limits authorized by the Local Rules.  The Court will rarely grant
3    leave to file briefs that exceed the authorized page limits.  Counsel are admonished
4    not to circumvent page limits by filing multiple motions which purport to address
5    separate issues in a case.  Such motions will not be considered unless counsel
6    obtains leave to file more than one motion or to file a brief that exceeds the page
7    limits authorized by the Local Rules.

8    3.    EX PARTE APPLICATIONS:

9        A.    NOTICE: The parties' and counsels' attention is directed
10   to Local Rule 7-19.  The moving party shall inform the opposing party or parties
11   that such party or parties shall have 48 hours from the date of delivery of the
12   moving papers to file and serve their opposition papers, if any.

13       B.    HEARING: No hearing will be held on any ex parte
14   application unless deemed necessary by the Court and in such case counsel will be
15   notified by the Courtroom Deputy Clerk.

16   4.    DISCOVERY CUTOFF: Generally, the Court will set a discovery
17   cutoff date at the scheduling conference.  The Court expects that by the date of the
18   discovery cutoff, all discovery and responses thereto shall have been served, and
19   all motions to compel will be on file and have been argued (but not necessarily
20   decided).  The only discovery that may be conducted after the discovery cutoff
21   date without leave of Court is discovery ordered by the Magistrate Judge for
22   which a timely-filed motion was pending and argued before the discovery cutoff
23   date.  Unless the Court has issued a contrary order, all discovery motions should
24   be set before the Magistrate Judge to whom this case is assigned.

25   5.    COURTESY COPIES: Counsel shall deliver conformed courtesy
26   copies of all filed motions, responses, and replies in motion matters to Judge
27   Snyder's chambers.

28

3

6.  CONTINUANCES: Continuances will only be granted based upon a showing of good cause. Stipulations, including second and subsequent extensions of time to respond to the complaint, are effective ONLY when approved by the Court. (See Local Rule 16-8).

7.  REQUEST FOR CONFORMED COPY: If a party presenting a document for filing requests the Clerk to return a conformed copy by United States Mail, an extra copy shall be submitted by the party for that purpose accompanied by a postage paid, self-addressed envelope. (See Local Rule 11-4.5).

8.  REMOVED ACTIONS: Any answers filed in state court must be refiled with the Court as a supplement to the petition. Any pending motions must be renoticed in accordance with Local Rule 37-3.

9.  TELEPHONIC HEARINGS: Judge Snyder will permit oral argument on calendared motions to be heard telephonically if (a) all involved parties consent to the telephone hearing, (b) the parties anticipate presenting limited argument, and (c) the Court's calendar permits such telephonic oral argument to be heard. Arrangements for telephonic hearings must be made by communicating in writing or by telephone with Judge Snyder's Courtroom Deputy Clerk, Catherine Jeang.

The Courtroom Deputy Clerk must be notified by the moving party of all counsels' intention to participate in a telephonic hearing by the Wednesday prior to the Monday hearing date.

The telephonic hearing will be scheduled at a time convenient for the Court and the parties, on the Monday originally scheduled for the hearing of the motion pursuant to the Federal Rules of Civil Procedure and the Local Rules. The party bringing the motion will initiate the conference call, and when all counsel are present on the line, will contact the Court. Callers will hold on the line until their motion is ready to be heard, at which time they will be connected with the Court, the case will be called, and the telephonic hearing will commence.

4

1    10.    COMMUNICATIONS WITH THE COURT:  Unless counsel have

2    been expressly authorized to communicate with chambers (e. g., for a telephone

3    status conference with all counsel participating), all oral and written

4    communications must be submitted only to the Courtroom Deputy, Catherine

5    Jeang with copies to all counsel of record.  Please do not attempt to communicate

6    in writing or by telephone with chambers.  (See Local Rule 83-2.11).

7    11.    NOTICE OF THIS ORDER: Counsel for plaintiff is responsible for

8    promptly serving a copy of this Order on all defendants' counsel.  If this case came

9    to the Court via removal, the removing defendant shall promptly serve a copy of

10    this Order on all parties of record.

11

12    Date:  April 16, 2007

13    _Christina A. Snyder_

14    CHRISTINA A. SNYDER
      United States District Judge

15

16

17

18

19

20

21

22

23

24

25

26

27

28