LODGED

1  Don Howarth, State Bar No. 53783
   Suzelle M. Smith, State Bar No. 113992
2  HOWARTH & SMITH
   523 West Sixth Street, Suite 728
3  Los Angeles, California 90014
   Telephone: (213) 955-9400
4  Facsimile: (213) 622-0791
   Email: dhowarth@howarth-smith.com
5
   Attorneys for Defendant
6  THE IAMS COMPANY

7

8                    UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10

11  KELLY FINESTONE, on behalf of           ) CASE NO. CV07-02338 CAS(CWx)
    herself, similarly situated consumers, and )
12  the general public,                     )
                                            ) [PROPOSED] ORDER
13              Plaintiff,                  )
                                            )
14      vs.                                 )
                                            ) Courtroom: 5
15  MENU FOODS, INC., a Canadian            )
    Corporation; THE IAMS COMPANY, an       )
16  Ohio corporation; PETCO ANIMAL          )
    SUPPLY STORES, INC., a Delaware         )
17  Corporation, and DOES 1 through 500,    )
    Inclusive,                              )
18                                          )
                Defendants.                 )
19                                          )

20  ///
21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

07.P1842001.doc

FILED
CLERK, U S DISTRICT COURT
MAY 29 2007
CENTRAL DISTRICT OF CALIFORNIA
BY              DEPUTY

Priority      X
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

DOCKETED ON CM
MAY 29 2007
BY              094

SCANNED

Dockets.Justia.com

1. Pursuant to CivLR 12.1 of the Local Rules of Practice for United States District Court, Southern District of California, the Court hereby finds good cause to extend the time for Defendant The Iams Company to file its response to Plaintiff's Complaint. It is hereby ORDERED that the parties' Joint Motion For Extension Of Time To File Responsive Pleading is granted. Defendant The Iams Company's First Responsive pleading is due on or before June 29, 2007.

Dated: 5/29/07

Hon. Christina A. Snyder
District Court Judge

07 P1842001.doc

## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 523 W. Sixth Street, Suite 728, Los Angeles, California 90014.

On May 25, 2007, I served the foregoing document described as:

### [PROPOSED] ORDER

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Thomas M. Ferlauto<br>William T. King<br>King & Ferlauto<br>1880 Century Park East, Suite 820<br>Los Angeles, California 90067-1627 | Gina E. Och<br>Jean M Lawler<br>Murchison & Cumming<br>Chase Plaza<br>801 South Grand Avenue, 9th Floor<br>Los Angeles, California 90017-4624 |
| Anthony g. Brazil, Esq.<br>Wendy J. Frisch, Esq.<br>David J. Vendler, Esq.<br>Megan S. Wynne, Esq.<br>MORRIS POLICH & PURDY<br>1055 West 17th Street, 24th Floor<br>Los Angeles, California 90017-2503 | Barbara L. Croutch, Esq.<br>PILLSBURY WINTHROP<br>SHAW PITTMAN<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, California 90017-5406 |

[X]  (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

[ ]  (PERSONAL SERVICE) I caused such document to be delivered by hand to the office of the addressee.

[ ]  (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on May 25, 2007, at Los Angeles, California.

_____
Celeste Factora