```
Jean M. Lawler  (SBN 91254)
jlawler@murchisonlaw.com
Gina E. Och   (SBN 170520)
goch@murchisonlaw.com
MURCHISON & CUMMING, LLP
801 South Grand Avenue, 9th Floor
Los Angeles, California 90017-4613
Telephone:  (213) 623-7400
Facsimile:  (213) 623-6336

Attorneys for Defendant,
MENU FOODS, INC.
```

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
JUN - 5 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
JUN - 4 2007
mm 11:58
CENTRAL DISTRICT OF CALIFORNIA
BY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLY FINESTONE, on behalf of herself, similarly situated consumers, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a Canadian Corporation, THE IAMS COMPANY, an Ohio Corporation, PETCO ANIMAL SUPPLIES, INC., a Delaware Corporation, et al.,<br><br>Defendants. | CASE NO. CV-07-02338 CAS (CWx)<br><br>[~~PROPOSED~~] ORDER FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING<br><br>Judge: Hon. Christina A. Snyder<br>Ctrm: 5 - 2nd Floor<br><br>Action Filed: April 2, 2007 |

Priority ✓
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

Having considered the motion, the papers filed in support thereof, all relevant authorities, and the case file, the Court hereby,

**IT IS ORDERED AND ADJUDGED** that the time for defendants MENU FOODS INC., PETCO ANIMAL SUPPLY STORES, INC., CHEMNUTRA INC. as DOE 3, and THE IAMS COMPANY to respond to plaintiff's complaint shall hereby be extended to and including July 31, 2007.

DATED: 6/5/07

*Christina A. Snyder*
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

CV-07-02338 CAS (CWx)

DOCKETED ON CM
JUN 6 2007
021

Dockets.Justia.com