```
1  Jean M. Lawler  (SBN 91254)
   jlawler@murchisonlaw.com
2  Gina E. Och      (SBN 170520)
   goch@murchisonlaw.com
3  MURCHISON & CUMMING, LLP
   801 South Grand Avenue, 9th Floor
4  Los Angeles, California 90017-4613
   Telephone:   (213) 623-7400
5  Facsimile:   (213) 623-6336

6  Attorneys for Defendant,
   MENU FOODS, INC.
7
```

FILED
CLERK, U.S DISTRICT COURT
JUN - 7 2007
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KELLY FINESTONE, on behalf of herself, similarly situated consumers, and the general public,<br><br>Plaintiffs,<br><br>vs.<br><br>MENU FOODS, INC., a Canadian corporation, THE IAMS COMPANY, an Ohio corporation, PETCO ANIMAL SUPPLIES, INC., a Delaware corporation, and DOES 1 through 500, Inclusive,<br><br>Defendants. | CASE NO. CV-07-02338 CAS (CWx)<br><br>[~~PROPOSED~~] EX PARTE ORDER SHORTENING TIME TO HEAR MOTION TO STAY ALL PROCEEDINGS<br><br>[Filed Concurrently with Ex Parte Application]<br><br>Date:    June 5, 2007<br>Judge:   Hon. Christina A. Snyder<br>Ctrm:    5 - 2nd Floor |

DOCKETED ON CM
JUN - 7 2007
BY ___ 146

   Having considered defendants' Ex Parte Application for Order Shortening Time to Hear Motion to Stay All Proceedings, the papers filed in support thereof and in opposition thereto, all relevant authorities and the case file, and finding good cause therefor,

   **IT IS ORDERED** that the hearing on defendants' Motion to Stay All Proceedings is advanced from July 2, 2007 and notice is thereby shortened so that the hearing on defendants' Motion to Stay All Proceedings is set for _June 18_, 2007, at 10:00 a.m. in Courtroom 5 in the above-entitled court.

1     **IT IS FURTHER ORDERED** that all papers in opposition must be filed and
2 served by personal delivery or facsimile by __4:00__ o'clock __p__.m. on __June 13__,
3 _____, 2007, and all papers in reply must be filed and served by personal
4 delivery or facsimile by __4:00__ o'clock __p.__ m. on __June 14__, _____, 2007.

7 DATED: __6/7/07__                  _Christina A. Snyder_
                                    THE HONORABLE CHRISTINA A. SNYDER
                                    UNITED STATES DISTRICT COURT JUDGE