# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV07-02338-CAS(CWx) | Date | June 14, 2007 |
|---|---|---|---|

| Title | KELLY FINESTONE, ET. AL. v. MENU FOODS, INC. ET. AL |
|---|---|

**Present: The Honorable** CHRISTINA A. SNYDER, U.S. DISTRICT JUDGE

| YVETTE LOUIS | NOT REPORTED | N/A/ |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   (IN CHAMBERS)

On the Court's own motion, Defendant Menu Foods, Inc.'s Motion to Stay All Proceedings filed June 5, 2007 is taken under submission.

Pursuant to Federal Rules of Civil Procedure 78 and Local Rule 7-15, the Court hereby **dispenses with oral argument** on the above motion and will decide the motion on the basis of the papers submitted. Therefore, **the parties are not to appear before this Court on June 18, 2007 at 10:00 A.M.**

DOCKETED ON CM
JUN 1 5 2007
BY _____ 007

Initials of Preparer       YL