Don Howarth, State Bar No. 53783
Suzelle M. Smith, State Bar No. 113992
HOWARTH & SMITH
523 West Sixth Street, Suite 728
Los Angeles, California 90014
Telephone: (213) 955-9400
Facsimile: (213) 622-0791

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

KELLY FINESTONE,

Plaintiff(s)

v.

MENU FOODS, INC., et al.,

Defendant(s).

CASE NUMBER

CV07-02338 CAS(CWx)

ORDER ON
APPLICATION OF NON-RESIDENT ATTORNEY
TO APPEAR IN A SPECIFIC CASE

The Court, having reviewed the accompanying Application of ___Brian D. Wright___,
                                                              *Applicant's Name*

of ___FARUKI IRELAND & COX, P.L.L.___ for permission to appear and participate in the above-entitled
       *Firm Name*

action on behalf of ☐ Plaintiff ☑ Defendant ___THE IAMS COMPANY___

and the designation of ___Don Howarth___ of ___HOWARTH & SMITH___
                      *Local Counsel Designee*      *Local Counsel Firm*

as local counsel, hereby **ORDERS** the Application be:

☑ GRANTED

☐ DENIED. Fee, if paid, shall be returned by the Clerk.

Dated ___6/12/07___           _____Christine A. Snyder_____
                              U. S. District Judge/U.S. Magistrate Judge

G-64 ORDER (06/05)           ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 523 W. Sixth Street, Suite 728, Los Angeles, California 90014.

On June 11, 2007, I served the foregoing document described as:

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

on interested parties in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

| | |
|---|---|
| Thomas M. Ferlauto<br>William T. King<br>King & Ferlauto<br>1880 Century Park East, Suite 820<br>Los Angeles, California 90067-1627 | Gina E. Och<br>Jean M Lawler<br>Murchison & Cumming<br>Chase Plaza<br>801 South Grand Avenue, 9th Floor<br>Los Angeles, California 90017-4624 |
| Anthony g. Brazil, Esq.<br>Wendy J. Frisch, Esq.<br>David J. Vendler, Esq.<br>Megan S. Wynne, Esq.<br>MORRIS POLICH & PURDY<br>1055 West 17th Street, 24th Floor<br>Los Angeles, California 90017-2503 | Barbara L. Croutch, Esq.<br>PILLSBURY WINTHROP<br> SHAW PITTMAN<br>725 S. Figueroa Street, Suite 2800<br>Los Angeles, California 90017-5406 |

[X]   (BY MAIL) I caused such envelope with postage thereon fully prepaid to be placed in the United States mail at Los Angeles, California.

[ ]   (PERSONAL SERVICE) I caused such document to be delivered by hand to the office of the addressee.

[ ]   (STATE) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 11, 2007, at Los Angeles, California.

Celeste Factora