Jean M. Lawler (SBN 91254)
jlawler@murchisonlaw.com
Gina E. Och (SBN 170520)
goch@murchisonlaw.com
**MURCHISON & CUMMING, LLP**
801 South Grand Avenue, 9th Floor
Los Angeles, California 90017-4613
Telephone: (213) 623-7400
Facsimile: (213) 623-6336

William P. Donovan, Jr. (SBN 155881)
william.donovan@dlapiper.com
DLA PIPER US LLP
1999 Avenue of the Stars, Fourth Floor
Los Angeles, California 90067-6022
Telephone: (310) 595-3046
Facsimile: (310) 595-3346

FILED
CLERK, U S DISTRICT COURT
JUL 10 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                 DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only  X

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

KELLY FINESTONE, on behalf of herself, similarly situated consumers, and the general public,

Plaintiffs,

vs.

MENU FOODS, INC., a Canadian Corporation, THE IAMS COMPANY, an Ohio Corporation, PETCO ANIMAL SUPPLIES, INC., a Delaware Corporation, et al.,

Defendants.

CASE NO. CV-07-02338 CAS (CWx)

**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING ORDER STAYING ALL PROCEEDINGS AND FOR PRESERVATION OF EVIDENCE**

Judge: Hon. Christina A. Snyder
Ctrm: 5 (2nd Floor, Spring Street)

**WHEREAS**, this Court entered an Order Staying All Proceedings and for Preservation of Evidence on June 15, 2007, which incorporated certain provisions of a Consent Order entered in *Workman v. Menu Foods Ltd.*, Case No. 07-CV-01338 pending in the United States District Court for the District of New Jersey related to contact by Defendant Menu Foods Inc. with potential class members (the "New Jersey Consent Order").

CV-07-02338-CAS-CWx

WHEREAS, the parties to the New Jersey Consent Order have stipulated that it has unintended consequences that arguably prohibit the Menu Foods from: responding to *pro se* litigation, responding to legislative inquiries, acknowledging receipt of written inquiries from potential claimants simply by advising them that the Menu Foods cannot comment at this time, or communicating with attorneys representing claimants in litigation or potential litigation related to the recall.

WHEREAS, the parties to the New Jersey Consent Order believed it necessary and appropriate to resolve the those unintended consequences by a joint stipulation to the United States District Court for the District of New Jersey.

WHEREAS, the parties to this Action believe it necessary and appropriate to seek the same clarification with regard to the Order Staying All Proceedings and for Preservation of Evidence.

**IT IS HEREBY STIPULATED** by and between Plaintiff and Menu Foods, through their designated counsel, that the Order Staying All Proceedings and for Preservation of Evidence be amended to permit the following:

(1) Menu Foods is permitted to have contact with pet owners who have instituted litigation against the company and are proceeding *pro se*. Further, Menu Foods is permitted to settle claims of the respective *pro* se litigants and may use information obtained from the respective *pro se* plaintiffs to do so;

(2) If Menu Foods receives an inquiry from a pet owner and it becomes apparent that the person is addressing litigation, or the Menu Foods product recall that is the subject of litigation, Menu Foods may respond that an order prohibits it from commenting on the matter at this time, but that it hopes to do so in the near future and that it will respond to the inquiry at that time;

(3) Menu Foods may respond to inquiries from legislators on behalf of constituents regarding the litigation or the Menu Foods recall;

(4) The Consent Order continues to provide no limitation with Menu Foods' ability to communicate with counsel for any member of the putative class.

IT IS SO STIPULATED.

DATED: July 3, 2007.

KING & FERLAUTO, LLP

By: /s/ William T. King
WILLIAM T. KING
THOMAS M. FERLAUTO
Attorneys for Plaintiff,
KELLY FINESTONE

DATED: July 3, 2007.

MURCHISON & CUMMING, LLP

By: /s/ Gina Och
JEAN M. LAWLER
GINA E. OCH
Attorneys for Defendant,
MENU FOODS, INC.

# O R D E R

Pursuant to Stipulation,

IT IS SO ORDERED.

DATED: 7/9/07

/s/ Christina A. Snyder
THE HONORABLE CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

Jul-03-2007 01:02 PM King & Ferlauto, LLP 310-552-3289    3/3

(4) The Consent Order continues to provide no limitation with Menu Foods' ability to communicate with counsel for any member of the putative class.

**IT IS SO STIPULATED.**

DATED: July 3, 2007.       **KING & FERLAUTO, LLP**

By: _____
WILLIAM T. KING
THOMAS M. FERLAUTO
Attorneys for Plaintiff,
KELLY FINESTONE

DATED: July 3, 2007.       **MURCHISON & CUMMING, LLP**

By: _____
JEAN M. LAWLER
GINA E. OCH
Attorneys for Defendant,
MENU FOODS, INC.

# O R D E R

Pursuant to Stipulation,

**IT IS SO ORDERED.**

DATED:_____       _____
                                                        THE HONORABLE CHRISTINA A. SNYDER
                                                        UNITED STATES DISTRICT JUDGE