



DOCKET NO. 1850

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CV07-2338-GHK(AJWx)

IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

Kelly Finestone v. Menu Foods et al

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO-1)

On June 19, 2007, the Panel transferred 12 civil actions to the United States District Court for the District of New Jersey for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.2d_ (J.P.M.L. 2007). With the consent of that court, all such actions have been assigned to the Honorable Noel L. Hillman.

It appears that the actions on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the District of New Jersey and assigned to Judge Hillman.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the District of New Jersey for the reasons stated in the order of June 19, 2007, and, with the consent of that court, assigned to the Honorable Noel L. Hillman.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the District of New Jersey. The transmittal of this order to said Clerk shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

JUL 16 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DOCKETED ON CM
AUG 23 2007

Dockets.Justia.com

# SCHEDULE CTO-1 - TAG-ALONG ACTIONS
## DOCKET NO. 1850
### IN RE PET FOOD PRODUCTS LIABILITY LITIGATION

**DIST. DIV. C.A. #**   **CASE CAPTION**

ARKANSAS EASTERN
  ARE 4 07-376         Scott Stacey, et al. v. Nestle SA, et al.

ARKANSAS WESTERN
  ARW 4 07-4036        Kirby Cooper v. Menu Foods Income Fund, et al.
  ARW 5 07-5065        Sandra L. Gray, et al. v. Menu Foods, et al.

CALIFORNIA CENTRAL
  CAC 2 07-1987        Paul Randolph Johnson, et al. v. Menu Foods, Inc., et al.
  CAC 2 07-2060        Dawn Howe v. Menu Foods Ltd., et al.
  CAC 2 07-2253        Lois Grady, et al. v. Menu Foods Income Fund, et al.
  CAC 2 07-2338        Kelly Finestone v. Menu Foods, Inc., et al.
  CAC 2 07-2476        Richard Chamberlain v. Nestle SA, et al.
  CAC 2 07-2779        Ken Wahl, et al. v. Menu Foods Income Fund, et al.
  CAC 2 07-2964        Jayne Englander, et al. v. Menu Foods Income Fund, et al.
  CAC 5 07-398         Dennis Lee Townsend, et al. v. Menu Foods Ltd., et al.

CALIFORNIA EASTERN
  CAE 2 07-654         Cheryl Carver v. Del Monte Foods Co., et al.

CALIFORNIA NORTHERN
  CAN 3 07-1809        Sherry Ingles v. Menu Foods, Inc., et al.
  CAN 3 07-2665        Diane Lowery v. Menu Foods Income Fund, et al.

CALIFORNIA SOUTHERN
  CAS 3 07-705         Robert Payne, et al. v. Menu Foods, Inc., et al.
  CAS 3 07-706         Diane Swarberg v. Menu Foods Holding, Inc., et al.
  CAS 3 07-734         Hayley Ford, et al. v. Menu Foods Income Fund, et al.
  CAS 3 07-951         John Colliard v. Menu Foods, Inc , et al

COLORADO
  CO 1 07-736          Emily Tompkins v. Menu Foods Midwest Corp., et al.

FLORIDA MIDDLE
  FLM 2 07-235         Maria Teresa Ferrarese v. Menu Foods, Inc., et al.
  FLM 6 07-803         George Birney, et al. v. Menu Foods, Inc.

FLORIDA SOUTHERN
  FLS 1 07-20955       Stephen Donnelly, et al. v. Menu Foods, Inc., et al.

IDAHO
  ID 1 07-160          Larry Klimes, et al. v. Menu Foods

ILLINOIS NORTHERN
  ILN 1 07-2162        Heather Amro v. Menu Foods Income Fund, et al.
  ILN 1 07-2183        Gary Bruski v. Menu Foods, Inc., et al.
  ILN 1 07-2211        Raymond Demith, et al. v. Nestle Purina Petcare Co., et al.
  ILN 1 07-2237        Sonja Foxe v Menu Foods, Inc , et al

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                                PAGE 2 OF 3

| DIST. DIV. C.A. # | CASE CAPTION | |
|---|---|---|
| **MASSACHUSETTS** | | |
| MA  1  07-10745 | Lidia Rodrigues v. Menu Foods, Inc., et al. | |
| MA  1  07-10797 | Megan Connerton, et al. v. Menu Foods Midwest Corp., et al. | |
| **MAINE** | | |
| ME  2  07-54 | Mara Brazilian v Menu Foods Income Fund, et al. | |
| **MINNESOTA** | | |
| MN  0  07-1808 | Stephanie Rozman v. Menu Foods Midwest Corp., et al. | |
| MN  0  07-2108 | Wendy Krosschell v. Menu Foods Income Fund, et al. | |
| **MISSOURI WESTERN** | | |
| MOW  3  07-5041 | Richard Schwinger v. Menu Foods, et al. | |
| **MISSISSIPPI SOUTHERN** | | |
| MSS  5  07-105 | Sarah Cavin v. Menu Foods, et al. | |
| **NEVADA** | | |
| ~~NV  2  07-686~~ | ~~Maragaret Picus v. Wal-Mart Stores, Inc., et al.~~ | Opposed 7-16-07 |
| NV  3  07-159 | Marion Streczyn v. Menu Foods, Inc., et al. | |
| **NEW YORK SOUTHERN** | | |
| NYS  1  07-3236 | Mark Cashman, et al. v. Menu Foods Midwest Corp., et al. | |
| **OHIO NORTHERN** | | |
| OHN  1  07-1018 | Gregory Boehm v. Menu Foods, Inc., et al. | |
| **PENNSYLVANIA MIDDLE** | | |
| PAM  1  07-929 | Dixie Keller v. Menu Foods Ltd., et al | |
| **RHODE ISLAND** | | |
| RI  1  07-115 | Carol Brown v. Menu Foods, Inc., et al. | |
| **TENNESSEE EASTERN** | | |
| TNE  3  07-98 | Barbara Light v. Menu Foods Income Fund | |
| **WASHINGTON WESTERN** | | |
| WAW  2  07-575 | Laura Migliore v. Menu Foods | |
| WAW  2  07-576 | Gail Moran v. Menu Foods | |
| WAW  2  07-577 | Sheryl Puett v. Menu Foods | |
| WAW  2  07-634 | Daniel Ray Reeves v. Menu Foods | |
| WAW  2  07-666 | Sheree A. Robinson v. Menu Foods | |
| WAW  2  07-667 | Phyllis A. Ullman v. Menu Foods | |
| WAW  2  07-668 | Elizabeth Palmer v. Menu Foods | |
| WAW  2  07-669 | Jason Labbate v. Menu Foods | |
| WAW  2  07-670 | Megan Whitt v. Menu Foods | |
| WAW  2  07-684 | Linda Weitz v. Menu Foods | |
| WAW  2  07-685 | Michelle Adams v. Menu Foods | |

SCHEDULE CTO-1 - TAG-ALONG ACTIONS (MDL-1850)                    PAGE 3 OF 3

| DIST. DIV. C.A. # | CASE CAPTION |
|---|---|
| WAW 2 07-686 | Lerae Dineen v. Menu Foods |
| WAW 2 07-687 | Sandra Shingle v. Menu Foods |
| WAW 2 07-688 | Gary Thomas v. Menu Foods |
| WAW 2 07-689 | Deborah A. Mullen v. Menu Foods |
| WAW 2 07-690 | Helen Percy v. Menu Foods |
| WAW 2 07-745 | Paula Monk v. Menu Foods |
| WAW 2 07-746 | Tony Boyer v. Menu Foods |
| WAW 2 07-747 | Norman Brenton v. Menu Foods |
| WAW 2 07-748 | Lynda Nagel v. Menu Foods |
| WAW 2 07-749 | Teresa Eilers v. Menu Foods |
| WAW 3 07-5204 | Jeff Rusiecki v. Menu Foods |
| WAW 3 07-5205 | Nancy Guthrie v. Menu Foods |

WISCONSIN WESTERN

| WIW 3 07-159 | Jacqueline Johnson v. The Procter & Gamble Co., et al. |
|---|---|
| WIW 3 07-248 | Penny J. Roberts, et al. v. Menu Foods Income Fund, et al |

| | | |
|---|---|---|
| | **UNITED STATES DISTRICT COURT**<br>**MARTIN LUTHER KING, JR.** | **CAMDEN OFFICE**<br>4th & Cooper Streets |
| **William T. Walsh**<br>Clerk | **FEDERAL BLD & U.S. COURTHOUSE**<br>**50 WALNUT STREET**<br>**P.O. BOX 419**<br>**NEWARK, N.J. 07101-0419** | P O. Box 2797<br>Camden, N.J. 08101<br><br>TRENTON OFFICE<br>402 East State Street<br>P.O. Box 515<br>Trenton, N.J. 08603 |

July 20, 2007

REPLY TO CAMDEN

Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

Re: MDL1850 In Re: Pet Food Products Liability Litigation

  District of New Jersey Civil Action No. 1:07cv2867(NLH)(AMD)

Dear Clerk.

  Enclosed is a certified copy of the Order of the Judicial Panel on Multidistrict Litigation, transferring certain action(s) presently pending in your Court to the District of New Jersey and assigning it to the Honorable Noel L. Hillman, USDJ for coordinated or consolidated pretrial proceedings pursuant to 28 USC 1407. Please see the attached list for the cases that pertain to your Court.

  If your court is currently on CM/ECF Version 3.0 you can transfer the case to us via Case Extraction in Utilities. If you have any questions, please call me at 856-757-5021.

  Please return the copy of this letter when transmitting your file(s) and certified copy of the docket sheet(s)

                Sincerely,

                WILLIAM T. WALSH, Clerk

                s/Marcy Barratt
                Deputy Clerk

Enc.

cc: Jeffrey N. Luthi
  Clerk, Judicial Panel on Multidistrict Litigation